**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6755**

_____

CHRISTOPHER HICKSON,

       Plaintiff - Appellant,

     v.

OFFICER JOHN STEWART, individually and in his official capacity as a Lake City Police Officer; OFFICER SANDY THOMPSON, individually and in his official capacity as a Lake City Police Officer; OFFICER KEVIN COOK, individually and in his official capacity as a Lake City Police Officer; CHIEF OF POLICE BILLY BROWN, individually and his official capacity as the former and/or present Chief of Police of the Lake City Police Department; CHIEF OF POLICE JODY COOPER, individually and her official capacity as the former and/or present Chief of Police of the Lake City Police Department; THE CITY OF LAKE CITY,

       Defendants - Appellees,

     and

THE LAKE CITY POLICE DEPARTMENT; ABC INSURANCE COMPANY,

       Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, Senior District Judge. (4:15-cv-02433-CMC)

_____

Submitted: July 28, 2016        Decided: August 2, 2016

_____

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Christopher Hickson, Appellant Pro Se.  Walker Heinitsh Willcox, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Hickson seeks to appeal the district court's order adopting in part the recommendation of the magistrate judge, granting summary judgment to Appellees, and dismissing his civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 26, 2016. The notice of appeal was filed on June 2, 2016. Because Hickson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED